FILED 08 NOV 04 12:16 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELTA CATERING MANAGEMENT, LLC | * | CIVIL ACTION |
| | * | |
| | * | NO. |
| VERSUS | * | |
| | * | SECT. 08-4799 |
| | * | |
| UNIVERSAL SODEXHO (USA), INC. AND/ | * | MAG. |
| OR SODEXO REMOTE SITES USA, INC. | * | |

SECT C MAG 4

**COMPLAINT FOR DAMAGES**

I.

**JURISDICTION AND VENUE**

1. The jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1332 in that Delta Catering Management, LLC ("Delta") is a citizen of the State of Washington and Universal Sodexho (USA), Inc. and/or Sodexo Remote Sites USA, Inc. ("Sodexo") is a citizen of the State of Delaware.

2. The amount in controversy exclusive of interest and costs exceeds the sum of $75,000.

3. Venue is proper in the Eastern District of Louisiana in that Delta's principal place of business in Louisiana is located at 5749 Susitna Drive, Harahan, Louisiana.

II.

**FACTUAL BACKGROUND**

4. Sodexo is a multi-national conglomerate with its principal offices in Paris, France with operations in North and South America, Japan, Russia, South Africa and Continental Europe.

5. Sodexo is in the business of outsourcing goods and services to the offshore and onshore petroleum industry and features itself as "...the premiere global outsourcing expert in quality of life services..."

Fee 350.
✓ Process
X Dktd
___ CtRmDep
___ Doc. No

6. On or about March 10, 1997, Coreopsis, S.A., a predecessor to Sodexo, entered into a Limited Liability Company Agreement with Delta whereby Coreopsis became a 49% Member of Delta, at which time Jamey Kern of Bellevue, Washington was 51% owner.

7. The stated purpose of the LLC was as follows:

> "**Nature of the Company's Business**. The business of the Company is to provide logistical support at remote onshore and offshore sites and camps, and other related services in support of such remote and offshore projects including, but not limited to, catering, housekeeping, security, camp manufacturing, construction and installation, maintenance, billeting, commissary services, medical services, labor, training, and recruitment expediting services and nondestructive testing, and provide such other types of services generally related to or of a nature similar to such activities consistent with the business services now provided or anticipated to be provided."

8. Pursuant to Article V of the Agreement, Delta's net profits or losses were to be determined in accordance with Section 703(a) of the Internal Revenue Code and accounting was to be performed pursuant to generally accepted accounting practices.

9. On February 25, 2002, Marcia Marney was substituted as the 51% majority owner of Delta.

10. During the period 2002 to date, Delta was historically profitable, with gross sales ranging from $21.6 Million to $28 Million and net profits before taxes ranging from $3.1 Million to $4 Million.

11. At all pertinent times, Sodexo controlled the accounting responsibilities for Delta and was in a position to and did, in fact, manipulate the books and records of Delta with the result being a reporting of zero or minimum profits for the LLC.

12. The ways and means of manipulating the books and records of Delta included the entry of "allocated overhead" expenses which did not

have any relationship to the actual overhead of Delta nor any legitimate basis for attributing expenses to Delta.

13. During the period 2002 to 2008, it is believed and therefore alleged that allocated overhead expenses exceeded the full and true sum of $10 Million which should have been shown as net income to Delta.

III.

**RELIEF REQUESTED**

14. Delta requests that, after due proceedings had, Sodexo be ordered to return the $10 Million or other sums as may be shown at the trial of this matter to the coffers of Delta for the payment of appropriate taxes and distribution of appropriate sums to the Members and for all additional relief as may be warranted.

15. Delta is entitled to and prays for a trial by jury.

RESPECTFULLY SUBMITTED:

HENRY L. KLEIN (#7440)
844 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 586-9971
Fax (504) 586-9715

**PLEASE SERVE DEFENDANTS:**

Sodexo Remote Sites USA, Inc.
and/or Universal Sodexho (USA), Inc.
Through its Agent for Service of Process
Cecil M. Kluttz
5749 Susitna Drive
Harahan, LA 70123-4136