UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELTA CATERING MANAGEMENT, LLC | * | CIVIL ACTION |
| | * | |
| | * | NO.  08-4799 |
| VERSUS | * | |
| | * | SECT. C |
| | * | |
| UNIVERSAL SODEXHO (USA), INC. AND/ | * | MAG. 4 |
| OR SODEXO REMOTE SITES USA, INC. | * | |

******************************************

## AMENDED AND SUPPLEMENTAL COMPLAINT

AND NOW INTO COURT, through undersigned counsel, comes Delta Catering Management, LLC ("Delta") and amends and supplements its original complaint in the following particulars:

1. On November 4, 2008, Delta filed its original complaint for damages seeking recovery of funds from defendants Universal Sodexho (USA), Inc. and/or Sodexo Remote Sites USA, Inc.

2. Pursuant to the provisions of Article 2.1.10 of the Articles of Organization, any decision to retain counsel and prosecute actions must be approved by an affirmative vote of members owning a total of 75% of the outstanding units of Delta.

3. On November 10, 2008, independent counsel for Delta informed undersigned counsel that no authority would be given for the filing and prosecution of this action.

4. Accordingly, it is necessary to proceed herein pursuant to the provisions of Rule 23.1 of the Federal Rules of Civil Procedure, controlling derivative actions by shareholders or members of an entity which refuses to prosecute a claim on behalf of a corporation or limited liability company.

5. Delta should therefore be withdrawn as a complainant herein and substituted by Marcia Marney ("Marney"), owner of 51% of the units of Delta and this matter should proceed as a derivative action.

1

6.   Pursuant to the provisions of Rule 23.1 of the Federal Rules of Civil Procedure, Marney alleges that she was a member at the time of the transactions which give rise to this complaint and this action is not a collusive action to confer jurisdiction on the court.

7.   Marney re-alleges and reiterates as if written out herein fully and in extenso all allegations contained in the original complaint.

RESPECTFULLY SUBMITTED:

_____
HENRY L. KLEIN (#7440)
844 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 586-9971
Fax (504) 586-9715

## A F F I D A V I T

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### HENRY L. KLEIN

who, after first being duly sworn, did depose and say that he is counsel for Marcia Marney and that all allegations of fact contained in the foregoing Amended and Supplemental Complaint are true and correct to the best of his knowledge, information and belief.

Further affiant sayeth not.

_____
HENRY L. KLEIN

SWORN TO AND SUBSCRIBED BEFORE ME,
NOTARY, ON THIS 2nd DAY OF DECEMBER,
2008.

_____
RAY W. TALLEY, NOTARY PUBLIC, #12636